JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Ned_Smock@fd.org

Counsel for Defendant KAMATH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RESHMA KAMATH,<br><br>Defendant. | Case No.: 3:25-cr-00371-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

The above captioned matter is scheduled for a status conference on March 4, 2026. The government provided a second batch of discovery this month.  The defense is engaged in review of that discovery and related investigation.  In addition, the defense has requested additional discovery and is awaiting the government's response.  Additional time is needed for discovery review, receipt of additional discovery, investigation, and meetings between counsel and the defendant.  The parties therefore request that the matter be rescheduled for further status on **May 20, 2026, at 11:00 a.m.**

The parties further stipulate to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence, between March 4, 2026, and May 20, 2026. The parties further stipulate that the ends of justice served by excluding the period from March 4, 2026, and May 20, 2026, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

February 27, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

_____
/S
KEVIN YEH
Assistant United States Attorney

February 27, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

_____
/S
NED SMOCK
Assistant Federal Public Defender

**ORDER**

IT IS SO ORDERED.

Dated: February 27, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE