JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:       Ned_Smock@fd.org

Counsel for Defendant KAMATH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-cr-371 JAM |
| Plaintiff, | |
| v. | **MOTION SEEKING APPROVAL OF REVISED TRAVEL SCHEDULE** |
| RESHMA KAMATH, | |
| Defendant. | |

On June 4, 2026 this Court granted a defense motion for permission to travel out of district and to attend telehealth counseling. ECF No. 41.  During the time that motion was pending before the Court, Ms. Kamath made a slight change to her planned travel itinerary.  Specifically, she no longer plans to travel to Napa.  Her current travel schedule is June 7 to 23rd in Honolulu and June 29 to July 6 in Lake Havasu, Arizona.  Ms. Kamath had emailed the Courtroom Deputy notifying the Court of this proposed change on June 1, 2026, though she now understands that those communications should come through counsel.

In an abundance of caution and at the suggestion of Pretrial Services, the undersigned submits this motion to clarify the changed dates of Ms. Kamath's travel and seek Court approval for the reasons set forth in the defense's earlier motion (ECF No. 40).

June 11, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
NED SMOCK
Assistant Federal Public Defender

IT IS SO ORDERED.

_____
Dated

HON. LAUREL BEELER
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER 2